# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 104 DB 2023 (No. 62 RST 2023) |
| | : | |
| ALLAN WILLIAM BROWN | : | Attorney Registration No. 80313 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Out of State) |

# O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of September, 2023, the Report and Recommendation of Disciplinary Board Member dated September 11, 2023, is approved and it is ORDERED that ALLAN WILLIAM BROWN, who has been on Inactive Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.